ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| MIR A. ALI, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CV 309-070 |
| | ) |
| WALT WELLS, Warden, | ) |
| | ) |
| Respondent. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this petition filed pursuant to 28 U.S.C. § 2241 is **DENIED**, this civil action is **CLOSED**, and a final judgment shall be **ENTERED** in favor of Respondent Wells.

SO ORDERED this 19th day of August, 2010, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE